AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | Case No. 3:21-mj- 1433 -JBT |
| NOE VICENTE-BARRERA | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 19, 2020, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Guatemala and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about on September 19, 2014, and on or about February 4, 2020,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
Justin X. Villafane

Sworn to before me and subscribed in my presence,

on September 13, 2021                                    at        Jacksonville, Florida

JOEL B. TOOMEY
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Justin X. Villafane, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant has been a Deportation Officer for ICE since 2016. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On December 19, 2020, ICE received electronic correspondence from the Jacksonville Sheriff's Office regarding an individual identified as NOE VICENTE-BARRERA with a date of birth in July, 1988, who had been booked into the Duval County jail, in Jacksonville, in the Middle District of Florida. Supervisory Detention and Deportation Officer Coloma ran immigration database checks using the information provided by the Duval County jail and the information matched the identifiers for a citizen of Guatemala who had been previously deported from the United States.

3. On December 19, 2020, an officer at the jail who had been deputized to perform the functions of a federal immigration officer interviewed VICENTE-BARRERA. Before the interview, VICENTE-BARRERA was advised of his

constitutional rights and he agreed to make a statement without an attorney present. During the interview, VICENTE-BARRERA said that he is a citizen of Guatemala, that he had previously been removed from the United States, and that following his removal he had illegally re-entered the United States sometime in 2020 by walking across the border at an unknown location. VICENTE-BARRERA admitted that he was not inspected by an immigration officer when he re-entered the United States.

4. On May 18, 2021, after VICENTE-BARRERA's was released from the Duval County jail, Officer Coloma placed him on ICE release conditions. On September 9, 2021, VICENTE-BARRERA was administratively arrested and transported to the ICE District Office in Jacksonville for administrative processing. During processing, your affiant entered VICENTE-BARRERA's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that VICENTE-BARRERA had been previously encountered and had been assigned an Alien Registration number ("A-number"). Your affiant then conducted additional immigration database checks using the A-number and the records reflected that VICENTE-BARRERA is a citizen of Guatemala who has been previously deported or removed from the United States to Guatemala on two occasions.

5. Your affiant also reviewed documents from the Alien Registration file ("A-file") for VICENTE-BARRERA. An A-file is a central file maintained by

2

immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that VICENTE-BARRERA is a citizen of Guatemala who has been previously deported or removed from the United States to Guatemala on two occasions: on September 19, 2014, through Brownsville, Texas, and on February 4, 2020, through Miami, Florida. The A-file contained no record that VICENTE-BARRERA had ever applied for or received permission from the Attorney General or the Secretary of the Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that NOE VICENTE-BARRERA is a citizen of Guatemala who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Justin X. Villafane, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida